

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00152-CR

Christopher Luis **DEL TORO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR5917
Honorable Raymond Angelini, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE
BRISSETTE

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED.

SIGNED July 23, 2025.

_____
Lori I. Valenzuela, Justice